# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv12

| | |
|---|---|
| BOBBY L. HORNE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| METHODIST HOME FOR ) | |
| CHILDREN INC. and BRUCE ) | |
| STANLEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion to Withdraw [# 28]. Plaintiff moves to withdraw his previously filed Motion for Summary Judgment [# 27]. For good cause shown, the Court **GRANTS** the motion [# 28]. The Court shall allow Plaintiff to withdraw his prior motion [# 27]. The Court **DIRECTS** the Clerk to **TERMINATE** the submission of the Motion for Summary Judgment to the District Court.

Signed: August 16, 2012

Dennis L. Howell
United States Magistrate Judge