IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv12

| | | |
|---|---|---|
| BOBBY L. HORNE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| METHODIST HOME FOR CHILDREN INC. and BRUCE STANLEY, | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is Defendants' Motion to Strike [# 20]. Plaintiff submitted a notice of believed unethical behavior by counsel for Defendants [# 16]. Defendants then moved to strike this filing pursuant to Rule 12(f). In response to Defendants' motion, Plaintiff consents to striking this pleading from the record [# 23]. Accordingly, the Court **GRANTS** the Motion to Strike [# 20] and **DIRECTS** the Clerk to **STRIKE** the Notice [# 16] from the record.

Signed: August 17, 2012

Dennis L. Howell
United States Magistrate Judge

-1-