# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
#### 2:12cv12

| | | |
|---|---|---|
| **BOBBY L. HORNE, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **METHODIST HOME FOR** | ) | |
| **CHILDREN and BRUCE** | ) | |
| **STANLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Dismiss [# 11]. After the filing of this motion, Plaintiff filed an Amended Complaint. The filing of an amended complaint supercedes the original complaint and renders it void of any legal function in the case. <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court DENIES as moot the pending Motion to Dismiss [# 11]

Signed: September 5, 2012

Dennis L. Howell
United States Magistrate Judge

-1-