# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv12

| | |
|---|---|
| BOBBY L. HORNE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| METHODIST HOME FOR ) | |
| CHILDREN, INC. and BRUCE ) | |
| STANLEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Defendants' Motion for Extension of Time [# 50]. Defendants move for an extension of time to file summary judgment motions in this case. For good cause shown, the Court **GRANTS** the motion [# 50]. Defendants shall have until May 1, 2013, to file dispositive motions in this case. In addition, the Court **DIRECTS** Plaintiff to submit a written status report to the Court by April 15, 2013, setting forth whether he intends to dismiss the claims and execute the document resolving this matter or whether he intends to continue prosecuting this case.

Signed: March 26, 2013

Dennis L. Howell
United States Magistrate Judge