# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:12-cv-00012-MR-DLH

| | |
|---|---|
| BOBBY L. HORNE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| METHODIST HOME FOR CHILDREN, ) | |
| INC. and BRUCE STANLEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Mediator's Report and a Petition attached thereto, which is signed by the Plaintiff and which seeks relief from the obligation to pay his portion of the mediator's fee. [Doc. 52].

In order to be certified as a mediator by this Court, an attorney must agree to waive payment of fees from parties found by the Court to be indigent. See Instructions for Obtaining Certification to Mediate in the Western District of N.C., available at the Court's website: http://www.ncwd.uscourts.gov/Attorneys/Mediators/aspx (last visited April 16, 2013). The Plaintiff in the present case has been found to be indigent. [See Doc. 5]. Accordingly, the mediator must waive payment of any mediation fees by the Plaintiff.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Petition for Relief from Obligation to Pay Mediator's Fee which is attached to the Mediator's Report [Doc. 52] is **DENIED AS MOOT**, insofar as the mediator in this case is already obligated to waive payment of any mediation fees by the Plaintiff.

**IT IS SO ORDERED.**  Signed: June 13, 2013

Martin Reidinger
United States District Judge